ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
T: (702) 794-4411
F: (702) 794-4421
E: adows@crdslaw.com
Attorneys for Defendant Jake Haidet

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SKYLER ADAMS, and <br> JAKE HAIDET, <br><br> Defendants. | Case No. 2:23-CR-00054-RFB-EJY <br><br> **STIPULATION AND ORDER TO CONTINUE MOTIONS DEADLINE** <br> (SIXTH REQUEST) |

IT IS HEREBY STIPULATED and agreed, by and between JASON M. FRIERSON, United States Attorney, by MELANEE SMITH, Assistant United States Attorney, SKYLER ADAMS, Defendant, by and through his counsel, BENJAMIN F. NEMEC, FEDERAL PUBLIC DEFENDER'S OFFICE, and JAKE HAIDET, Defendant, by and through his counsel, ANGELA H. DOWS, ESQUIRE, CORY READE DOWS & SHAFER, and that the motions deadline, currently set for July 29, 2024, be continued for a period of forty-five (45) days.

This stipulation is entered into for the following reasons:

///

1. Calendar call in this matter is currently set for October 8, 2024; and trial is scheduled for November 12, 2024. (ECF Nos. 62, 64.)

2. All defendants are on pretrial release and agree to the continuance requested herein.

3. Defendant David Adams entered into a Pretrial Diversion agreement in April of 2024. (ECF No. 65.) The remaining defendants are working on a negotiation short of trial.

4. This continuance is not sought for the purpose of delay but to allow defendants adequate time to prepare should the matter not resolve short of trial. Defense counsel needs additional time to obtain and review discovery to determine if any motions should be filed, and if this case should proceed to trial or ultimately be resolved through negotiations.

5. The parties propose that each party shall have 45 days to file pretrial motions from the current deadline to file pretrial motions. Responses shall be due within 14 days of service of the motions; and any replies within 7 days of service of the responses.

6. Although the instant stipulation does not request to continue the trial date, the additional time requested by this agreed stipulation is also excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, U.S.C. §3161(h)(1)(A); and Title 18, U.S.C. §3161(h)(7)(A), when considering the factors under Title 18, U.S.C. §3161(h)(7)(B), §3161(h)(7)(B)(i), and §3161(h)(7)(B)(iv).

7. This is the sixth request for a continuance filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance.

Further, although the instant stipulation does not request to continue the trial date, the ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

///

///

2

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, U.S.C. §3161(h)(1); and Title 18, U.S.C. §3161(h)(7)(A), when considering the factors under Title 18, U.S.C. §3161(h)(7)(B), §3161(h)(7)(B)(i) and §3161(h)(7)(B)(iv).

DATED: July 22, 2024.

JASON M. FRIERSON
United States Attorney

By */s/ Melanee Smith*
MELANEE SMITH
Assistant United States Attorneys

| FEDERAL PUBLIC DEFENDER'S OFFICE | CORY READE DOWS & SHAFER |
|---|---|
| By */s/ Benjamin F. Nemec*<br>BENJAMIN F. NEMEC, ESQUIRE<br>Counsel for Skyler Adams | By */s/ Angela H. Dows*<br>ANGELA H. DOWS, ESQUIRE<br>Counsel for Jake Haidet |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:23-CR-00054-RFB-EJY |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SKYLER ADAMS, and ), | |
| JAKE HAIDET, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**
**FINDINGS OF FACT**

Based upon the pending Stipulation of counsel and good cause appearing, the Court finds that:

1. Calendar call in this matter is currently set for October 8, 2024; and trial is scheduled for November 12, 2024. (ECF Nos. 62, 64.)

2. All defendants are on pretrial release and agree to the continuance requested herein.

3. Defendant David Adams entered into a Pretrial Diversion agreement in April of 2024. (ECF No. 65.) The remaining defendants are working on a negotiation short of trial.

4. Defense counsel needs additional time to obtain and review discovery to determine if any motions should be filed, and if this case should proceed to trial or ultimately be resolved through negotiations.

5. This continuance is not sought for the purpose of delay but to allow defendants adequate time to prepare.

6. The parties request that the date for filing of any pretrial motions be extended. They propose that each party shall have 45 days to file pretrial motions from the current deadline to file pretrial motions. Responses shall be due within 14 days of service of the motions; and any replies within 7 days of service of the responses.

7. The additional time requested by this agreed motion is also excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, U.S.C. §3161(h)(1)(A); and Title 18, U.S.C. §3161(h)(7)(A), when considering the factors under Title 18, U.S.C. §3161(h)(7)(B), §3161(h)(7)(B)(i), and §3161(h)(7)(B)(iv).

8. This is the sixth request for a continuance filed herein.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, U.S.C. §3161(h)(1); and Title 18, U.S.C. §3161(h)(7)(A), when considering the factors under Title 18, U.S.C. §3161(h)(7)(B), §3161(h)(7)(B)(I) and §3161(h)(7)(B)(iv).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS HEREBY ORDERED** that the date for filing of any pretrial motions be extended. They propose that each party shall have 45 days to file pretrial motions from the current deadline to file pretrial motions. Responses shall be due within 14 days of service of the motions; and any replies within 7 days of service of the responses.

**Dated:** July 23, 2024

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT

5