ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
T: (702) 794-4411
F: (702) 794-4421
E: adows@crdslaw.com
Attorneys for Defendant Jake Haidet

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

SKYLER ADAMS, and
JAKE HAIDET,

    Defendants.

Case No. 2:23-CR-00054-RFB-EJY

**STIPULATION AND ORDER TO CONTINUE MOTIONS DEADLINE**
(EIGHTH REQUEST)

IT IS HEREBY STIPULATED and agreed, by and between JASON M. FRIERSON, United States Attorney, by MELANEE SMITH, Assistant United States Attorney, SKYLER ADAMS, Defendant, by and through his counsel, BENJAMIN F. NEMEC, FEDERAL PUBLIC DEFENDER'S OFFICE, and JAKE HAIDET, Defendant, by and through his counsel, ANGELA H. DOWS, ESQUIRE, CORY READE DOWS & SHAFER, and that the motions and notices of defense deadline, currently set for September 27, 2024, be continued for a period of approximately thirty (30) days, to on or before October 28, 2024.

This stipulation is entered into for the following reasons:

///

1. Calendar call in this matter is currently set for January 7, 2025; and trial is scheduled for January 27, 2025. (ECF No. 75.)

2. All defendants are on pretrial release and agree to the continuance requested herein.

3. Defendant David Adams entered into a Pretrial Diversion agreement in April of 2024. (ECF No. 65.) The remaining defendants are working on a negotiation short of trial.

4. This continuance is not sought for the purpose of delay but to allow defendants adequate time to prepare should the matter not resolve short of trial.

5. One or more defense counsel filed notices of affirmative defenses, and pretrial motion(s) on September 12, 2024. (ECF Nos. 68, 69.) Defense counsel request additional time to obtain and review discovery to determine if any additional motions or notices of defense should be filed, and if this case should proceed to trial or ultimately be resolved through negotiations.

6. The parties propose that each party shall have thirty (30) days to file pretrial motions and notices of defense from the current deadline to file pretrial motions. Responses shall be due within 14 days of service of the motions; and any replies within 7 days of service of the responses.

7. Although the instant stipulation does not request to continue the trial date, the additional time requested by this agreed stipulation is also excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, U.S.C. §3161(h)(1)(A); and Title 18, U.S.C. §3161(h)(7)(A), when considering the factors under Title 18, U.S.C. §3161(h)(7)(B), §3161(h)(7)(B)(i), and §3161(h)(7)(B)(iv).

8. This is the eighth request for a continuance filed herein.

For all the above-stated reasons, the ends of justice would best be served by a continuance.

Further, although the instant stipulation does not request to continue the motions in limine deadlines or the calendar call or trial dates, the ends of justice served by granting said continuance. The ends of justice outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

1  The continuance sought herein is excludable under the Speedy Trial Act, Title 18, U.S.C.
2  §3161(h)(1); and Title 18, U.S.C. §3161(h)(7)(A), when considering the factors under Title 18,
3  U.S.C. §3161(h)(7)(B), §3161(h)(7)(B)(i) and §3161(h)(7)(B)(iv).

DATED: September 27, 2024.

|  |  |
|---|---|
|  | JASON M. FRIERSON<br>United States Attorney |
|  | By */s/ Melanee Smith*<br>MELANEE SMITH<br>Chief, Special Prosecution Section<br>Assistant United States Attorney |
| FEDERAL PUBLIC DEFENDER'S OFFICE | CORY READE DOWS & SHAFER |
| By */s/ Benjamin F. Nemec*<br>BENJAMIN F. NEMEC, ESQUIRE<br>Counsel for Skyler Adams | By */s/ Angela H. Dows*<br>ANGELA H. DOWS, ESQUIRE<br>Counsel for Jake Haidet |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:23-CR-00054-RFB-EJY |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SKYLER ADAMS, and ), | |
| JAKE HAIDET, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**
**FINDINGS OF FACT**

Based upon the pending Stipulation of counsel and good cause appearing, the Court finds that:

1. Calendar call in this matter is currently set for January 7, 2025; and trial is scheduled for January 27, 2025. (ECF No. 75.)

2. All defendants are on pretrial release and agree to the continuance requested herein.

3. Defendant David Adams entered into a Pretrial Diversion agreement in April of 2024. (ECF No. 65.) The remaining defendants are working on a negotiation short of trial.

4. One or more defense counsel filed notices of affirmative defenses, and pretrial motion(s) on September 12, 2024. (ECF Nos. 68, 69.) Defense counsel request additional time to obtain and review discovery to determine if any additional motions or notices of defense should be filed, and if this case should proceed to trial or ultimately be resolved through negotiations

5. This continuance is not sought for the purpose of delay but to allow defendants adequate time to prepare.

6. The parties request that the date for filing of any pretrial motions be extended. They propose that each party shall have thirty (30) days to file pretrial motions and notices of defense from the current deadline of September 27, 2024. Responses shall be due within 14 days of service of the motions; and any replies within 7 days of service of the responses.

4

7. The additional time requested by this agreed motion is also excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, U.S.C. §3161(h)(1)(A); and Title 18, U.S.C. §3161(h)(7)(A), when considering the factors under Title 18, U.S.C. §3161(h)(7)(B), §3161(h)(7)(B)(i), and §3161(h)(7)(B)(iv).

8. This is the eighth request for a continuance filed herein.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, U.S.C. §3161(h)(1); and Title 18, U.S.C. §3161(h)(7)(A), when considering the factors under Title 18, U.S.C. §3161(h)(7)(B), §3161(h)(7)(B)(I) and §3161(h)(7)(B)(iv).

*************************************************************

## ORDER

**IT IS HEREBY ORDERED** that the date for filing of any pretrial motions and notices of defense be extended. Each party shall have up to and including October 28, 2024 to file pretrial motions and notices of defense. Responses shall be due within 14 days of service of the motions; and any replies within 7 days of service of the responses.

Dated this 1st day of October, 2024



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE